# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLARY WHITE,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>Defendants. | Case No.: 2:19-cv-09377-FMO-AGR<br><u>Hon. Fernando M. Olguin Presiding</u><br><br>[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE |

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: April 10, 2020     By:  /s/
                              HON. FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT JUDGE